*1032 513 U. S. 838;
513 U. S. 364;
513 U. S. 1127;
*1033 No. 94-1018.
No. 94-6260.
No. 94-6673.
No. 94-6825.
No. 94-6851.
No. 94-6912.
No. 94-6916.
No. 94-6967.
No. 94-7002.
No. 94-7036.
No. 94-7044.
No. 94-7055.
No. 94-7066.
No. 94-7424.
513 U. S. 1128;
513 U. S. 1115;
513 U. S. 1128;
513 U. S. 1093;
513 U. S. 1094;
513 U. S. 1129;
513 U. S. 1129;
513 U. S. 1130;
513 U. S. 1117;
513 U. S. 1100;
513 U. S. 1131;
513 U. S. 1118;
513 U. S. 1131; and
513 U. S. 1171. Petitions for rehearing denied.